

FILED

JAN 05 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:26-CT-3004-FL

(To be filled out by Clerk's Office only)

Douglas Roy Symmes Jr

Inmate Number_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT

*(Pro Se* Prisoner)

-against-

NC Dept. of Adult Corrections, Sophia Feaster, Charlie Locklear, David Jeff Souls, Margaret B. Williford Tameka Smith, Dean Locklear, Faustina F. Brown, Ina Hinton, Wakenda Greene & the Unidentified SM & CM, Tina H. Cannon

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Jury Demand?
☒Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:26-ct-03004-FL    Document 1    Filed 01/05/26    Page 1 of 10

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Douglas Roy Symmes Jr
Name

0397985
Prisoner ID #

Eastern CI
Place of Detention

P.O. Box 215
Institutional Address

Maury                               NC                    28554
City                                State                 Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>NC Dept. of Adult Corrections</u>
Name

_____
Current Job Title

<u>831 W. Morgan St.</u>
Current Work Address

<u>Raleigh</u>          <u>NC</u>          <u>27603</u>
City              State          Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☐ Both

Defendant 2: <u>Sophia Feaster</u>
Name

<u>Division ADA Coordinator</u>
Current Job Title

<u>831 W. Morgan St.</u>
Current Work Address

<u>Raleigh</u>          <u>NC</u>          <u>27603</u>
City              State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: Charlie Locklear
Name

Scotland CI Facility ADA Coordinator
Current Job Title

22385 McGirts Bridge Rd
Current Work Address

Laurinburg          NC          28352
City                State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: David Jeff Souls
Name

Eastern CI Facility ADA Coordinator
Current Job Title

P.O. Box 215
Current Work Address

Maury          NC          28554
City           State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Suing the following in BOTH Capacities also:

5- Margaret B. Williford - Scotland CI - 22385 McGirts Bridge Rd, Laurinburg, NC, 28352
6- Tameka Smith - Scotland CI -
7- Dean Locklear - Scotland CI -
8- Faustina F. Brown - Inmate Grievance Resolution Board - 831 W. Morgan St, Raleigh, NC, 27603
9- Ina Hinton - IGRB -
10- Wakenda Greene - IGRB -
       Unidentified Intials of Stated in the ADA Accom. Response at Eastern CI
11- SW
12- CM
       To be Identified a Names Added to the list.
13- Tina H. Cannon

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Scotland CI & Eastern CI

Date(s) of occurrence: _____

State which of your federal constitutional or federal statutory rights have been violated:

8th ~~ADA~~ Amendment & ADA Protections

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: In a "Offender Reasonable Accommodation Request(ORAR) Form" dated 11-26-2024 was Stated the following: "I am/have: Spine-Neck Nerve Damage that Runs Down Both Arms. I am unable to: This Nerve Damage is made Severly & Overwhelmingly Worse when I have to Write A Page or More concerning Personal or Legal Matters which causes Suffering for HOURS or DAYS depending on the Length of time it takes to Write Out Whatever! Accommodation Requested: A Electronic Device that I can TYPE OUT

> Who did what to you?

whats needed & to be able to SAVE so that I can come back to it to EDIT, ADD TO & have PRINTED OUT to send to the Courts, VA Workers Comp. Commission, Personal People ect. t would help me with the Time Limit I have to Respond Back to the Court." Scotland CI Facility ADA Coord. Charlie Locklear responded on 12-23-2 "Denied, No electronic device will be provided." Division ADA Coord. Sophia Feaster's response dated 1-17-25 was "Denied, Offender's request is not granted. Offender would need to fill out the Offender Request Form to speak with his Correctional Case Manager regarding programs that ARE Designed on the GTL Tablet for this request." Which was & is a Blatantly False Recommodation cause there is NO SUCH Thing on the GTL Tablet! IF it had been, it would be Illegal concern'g Legal Matters.

Which on 1-30-2025 I wrote Grievance 4860-2025-TIA-00266-Carbon Copy Included Concerning THIS ADA Issue & a related ADA Issue. This grievance was False Rejection Reaso by Margaret Williford on 2-3-25. So in Grievance 4860-2025-TIA-00372 Carbon Copy Include dated 2-5-25 against Williford's False Rejection & stating within the FACT that According to Facility Asst. Admen. William Bullard in a Past Grievance Response that these Grievance Response Papers "ARE Legal Documents", So Perjury on that Legal Document IS Illegal!" In the Step 1 Response dated 2-13-25 Tameka Smith gave a Gaslighted Cover Up Response, went along with the Violation & then at the end Smith's Statement Proves hers & Williford's Violations. Then Dean Locklear In his Step 2 Response dated 2-13-2

was a Further Gaslighted Response & Rubber Stamped both Willifords & Smiths Responses - Actions. Then Faustina F. Brown's Step 3 Response dated 4-11-25 Rubber Stamped the Violations &/or Gaslighting by them all & Commented on PART of the Issues stated in 002616. ADA Grievance.

So then I Filed a "ORAR" dated 10-10-25 stating, "I am/have: C5-7 & T1 Spine - Neck & Sever Nerve Damage that Runs Down Both Arms into my Fingers. I am unable to: This Nerve Damage is made Severly & Overwhelmingly Worse when I have to Write A Page or More Concerning Legal & Personal Matters which causes Suffering & Pain for HOURS or DAYS After depending on the Length of time Spent Writting Out the documents. The following has been Recommended by UNC Pain Management Specialist Dr. Irina Phillips. Accommodation Requested: A Electronic Device/Writers Only Laptop that I can TYPE OUT whats needed & to be able to SAVE that Work SO THAT I can Come back & EDIT IT, ADD TO & have ~~wasof~~ PRINTED OUT to be sent to the Court, Lawyers, Attorney General & Personal ect. It would help with the Time Limits Im under with the Courts in my many different cases. According to Chapter E. 2604(a)(b)(1)(f) I Qualify to Get & has NO Safety or Security Issues to Prevent me from Getting one EVEN IF I have to have my People to Order online & pay for it. Accessories could lessen the Amount of Legal Documents I have." That last part has been an Issue also & being able to Scan them into a External Harddrive no bigger than 3½-4 x 5 x ⅛ in Size would Remove yet another thats been a Big Issue at the Facility Level at times & when Shipping!

Eastern CI Facility ADA Coord. (David) Jeff Sauls response dated 10-22-25, "Denied, Denied for programs". "Case Manager Comments - SW & CM collaborated & recommended denial, as offender can access his GTL Tablet to see if there are any programs to assist with his needs. He can contact his assigned case manager if he needs assistance." Dont know WHO SM or CM is.

Division ADA Coord. Sophia Feaster response dated 11-13-25, "Offenders request for 'Writers Only Laptop' is not granted. Offender would need to speak with Correctional Case Manager & or Unit Manager for this request." Request Form dated 11-18-25 was sent to Case Manager C. Smith & Program Director - Carbon Copy Included - & her response was, "We do not provide a writers only laptop."

So then I wrote Grievance 3400-2025-FORAL-30032 dated 11-29-25 against "Division ADA Coord. Sophia Feaster for the Denial of 2 ADA Accommodation Requests with 2 Blatantly False & Misleading Alternative Recommendations to fill the Request." Carbon Copy Included - NONE of the Responders Acknowledge or Deal With the FACTS Stated in the opening lines of

What was
your
injury?

the grievance! Sauls Rubber Stamped the Step 1 & so did Greene in the Step 3. Greene even went AS FAR in stating, "these responses reveal that prison staff have TAKEN APPROPRITE ACTION to Address & Resolve the Offenders Concerns VOICED in the grievance." Which AS the Court can Clearly see, NONE of them even came close to doing so!!!

This Valid Medical Issue, with Medical Support is being Knowingly, Willingly & Blatantly Denied EVEN THO NCDAC ADA Policy & ADA Law Quilifies me to Obtain these Items & are CLEARLY are NOT a Safety, Security, NOR Burdensome Request Cause IF they were, then THAT would have been their Denial Response. Yet in Neither ADA Accommodation Request Filing was it their reason & so Should Not be allowed to All Of A Sudden BE their Reason. But Instead they CHOSE to give a FALSE & UNLAWFUL Response!

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☒ Yes    ☐ No
    If no, explain why not:

Is the grievance process completed?    ☒ Yes    ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.* A Copy of ALL Medical Records held by NCDAC's & a Copy Directly Sent from my UNC Spine & UNC Pain Management Specialist of their Records concerning my Spine-Neck-Nerve Damage Issues be grant to me. That the Court Order that NCDAC ADA Accommodation Policy & ADA Accommodation Law be followed & that I am Granted & Obtain a Writers Only Laptop with NO Internet Access, but with Helpful Apps to help with wording, spelling ect, along with the Accessories like a Scanner Bar to scan All Documents & an External Harddrive as stated within this Complaint that will HOLD Them ALL, SO THAT it will Release an issue Concerning all the Legal Documents - Atleast 4 Shipping Bags Worth - I HAVE & WILL HAVE Further ones concerning my Street Charges & Other Prison Cases ~~xxxxxxxxx~~ & Workers Comp case before the Courts now & the Future ones Concerning my Street Charges & any Further Prison Violations Issues after these are Resolved. Lastly, that the Defendents for their Conduct pay ALL COST for this filing & the ADA Request, plus Accessories along with Fines of $30 Thousand Per Capacity for each Defendant.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many? _14 all together - One of those being my VA-Workers Comp. Case._

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

TA-29039

Pending  1 - Symmes -V- NCDPS/NCDAC - Misconduct by Prison Staff after being Assaulted by Inmate.

Pending  2 - TA-032887-Symmes-V- NCDAC/SCI - Theft & Cover Up by Prison Staff

Completed  3 - 1:19cv24 MDNC -Symmes-V- Hooks - Habeas Concerning an A10 Charge - Partly Won
*Intimidation &to*  Told I didn't sign a paper & so I

Completed  4 - 1:20cv887-Symmes -V-Covington - MDNC - Witness, Retaliation & Harassment - had to Rewrite & make smaller

Completed  5 - 1:22cv225-Symmes -V-NCDPS - 2nd Attempt. -Told to Redo & make smaller - MDNC MDNC
Had to Redo & when I did it keep the

Pending  6 - 1:24cv1004 -Symmes-V- SCI - Legal Protections Violations - Same # -Still having issues - Appealed  MDNC

Pending  7 - 1:25cv00842-Symmes -V- SCI/NCDAC - Medical Issues  MDNC

Complete  8 - 1:22cu235 -Symmes -V- State - Street Charges  MDNC

Pending  9 - 1:25cv00816 -Symmes -V- Panosh - Street Charges -Legal Evidence  MDNC

Pending  10 - 1:25cv944 -Symmes -V- Health/Civil Health - Street Charges -Medical Evidence  UNC Rockingham

Pending  11 - 5:25cT-3250 -BO- Symmes -V- NCDAC/SCI - Legal -Retaliation  EDNC

Pending  12 - 5:25-cT-3303 -BO -Symmes -V- NCDAC - Packouts -Drink -Policy Violations  EDNC

Pending  13 - 5:25-CT-3300 -M- Symmes -V- Stein - Ignorce of Gaslighted & Unlawful Acts  EDNC

Pending  14 - VA00000749488 -Symmes -v- The L.E.Myers CO. - Work Injury before coming to Prison  Virginia Court

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12-31-2025
Dated

Plaintiff's Signature

Douglas R. Symmes Jr
Printed Name

0.397985
Prison Identification #

P.O. Box 215          Maury          NC          28554
Prison Address        City           State       Zip Code