Further RETALIATION & Violations of NCDAC Policy Chapter E.2600 & ADA Regulations & Standards.

Carbon Copy Made



Douglas Symmes 0397985
Scotland Correctional 1-30-2025

This grievance is against Facility ADA Coordinator Charlie Locklear & Division ADA Coordinator Sophia Feaster for Dening 2 Valid ADA Accommodation Applications - 1 Feaster KNOWINGLY & BLATANTLY gave a FALSE Alternative Recommendation - on a DC-746 WITH Medical Records Support & in 1 case UNC Specialist Support & for Delaying a Approval/Denial for 2 ADA Accom. Applications dated 9-19-24 & 9-24-24 Concerning Headphones & Watch which PER ADA Guidlines is Suppose to happen Within 45 Days. Heres the Evidence to back it up.

On 11-26-2024 I filed a ADA Commodations App. for "A Electronic Device that I Can TYPE OUT whats needed & to be able [illegible] to SAVE so that I can come back to it to EDIT, ADD TO & have PRINTED OUT to send out to the Courts, VA Workers Comp. Commission, Personal People, ect. It would help me with the Time Limit I have to respond back to the Court." I have, "Spine/Nerve Damage that Runs Down Both Arms." I am unable

Douglas R. Symmes

Grievance # 4860-2025-T1A-00266
DC-410 dated 2-3-2025 by Margaret B. Williford
Rejected - More than one incident
Rejection Justification:
The Administrative Remedy Procedure, Section .0300 of the NCDAC Prisons Policy & Procedures, provides:
(c)... a grievance may be rejected at any level if:
(4) The inmate has requested a remedy for more than one incident (see Section .030

Douglas Symmes
Scotland Corr.

0391985
1-30-2025

to, "This Nerve Damage is made Severly & Overwhelmingly Worse when I have to Write a Page or More" -as Im again having to do here- "Concerning Personal or Legal Matters which causes Suffering for HOURS or DAYS depending on the Length of time it takes to Write Out whatever!" I DID give permission to access my Medical Records. Locklear's response dated 12-23-24, "Denied, No electronic device will be provided." Which is typed SO SMALL I can BEARLY Read! Feasters response dated 1-7-25, "Denied, Offenders request is not granted. Offender would need to fill out the Offender Request Form to speak with his Correctional case manager regarding programs that are designed on the GTL Tablet for this request." Feaster KNOWS there is NO SUCH PROGRAM on the Tablet & therefore has given a Gaslighted & False Response/Alternative to this ADA Covered & Medical Backed Medical Issue/Disability! The other ADA Accom. Application

Douglas R. Symmes

Douglas Symmes 0397485
Scotland Corr. 1-30-2025

handled & date at the SAMETIME is the Acc. Request, "Thin, Light Weight, Wrap Around Tinted Safety Glasses which Dr. Shuping Medically Ordered in Detail on Sept. 27, 2024. Which I was first issued March 2022 & HAD till April 2024, but never placed on 490". I am, "I have Light Sensitivity Issues according to UNC Specialist Dr. Lee Shuping." I am unable to, "Bright Lights & the Sun cause Sight Issues & Headaches." I again gave permission to access my Medical Records. Locklears response dated 12-23-24, "Denied, Offender needs to submit a sick call slip for medical to address this concerns/issue. This is not for ADA issue." Feasters response dated 1-7-25, "Denied, Offenders request is not granted. Offender would need to fillout the Offenders Request Form to speak to Medical regarding this request." Which I have Repeatedly Done, Wrote Grievances that have FASLEY Been Rejected & brought Further Violations of NCDAC Policies! According to

Douglas R.S. Symmes

Douglas Symmes 0397985
Scotland Corr. 1-30-2025

NCPLS, "A request for ADA Accommodations may begin with any of the following processes: (1) The inmate completing & submitting the Inmate Request for Reasonable Accommodation (IRAR) Form (DC-746); (2) Health Services Staff..., (3) Through the Administrative Remedy (DC-410) grievance filed by inmate or (4) Any staff referral based on the condition of the inmate." 1-3 have been DONE for 3 of the 4 Accommodations & ALL 4 have been Done for the Wrap Around Thin, Light Weight Sunglasses. Yet I've STILL Been Denied & so Further Violations of ADA Federal Regulations, Standards & NCDAC Chapter E. 2600 Policy & Procedure.

That I get a Redress & Accommodated with the Detailed Sunglasses, Writters Based Electronic Device/Labtop, Headphones & Watch AS Federal ADA Regulations/Standards, my Medical Records & NCDAC Chapter E. 2600 with Specialist Support which MAKES me Eligable To Aquire & brings NO Hardship NOR Safety Concerns what so ever for NCDAC or Scotland Correctional! NOR Security Concerns!

Douglas R. Symmes

# FURTHER RETALIATION, HARASSMENT & DELAYS!



Douglas Symmes 0397985
Scotland Correctional 2-5-2025

This grievance is against Tan 1 Secretary Margaret B. Williford for Violating Grievance Policies for Rejecting Grievance 4860-2025-TIA-00266 with a a FALSE REASON which AS Bullard pointed out in a Past Grievance Response that these ARE Legal Documents & so Perjury on that Legal Document IS Illegal! Which is Further Retaliation, Harassment & Conspiratorial Conduct!

I wrote a grievance concerning 2 ADA Accommodation Rejects that were --BOTH Done o the Same Day which make it ONE Incident-- for Retaliatory Reasons & Further Harassment Tactics which is CLEARLY STATED at the Top -Retaliation- of the grievance which Chapter G.0306 (a)(b) Clearly States CAN'T BE REJECTED! But was so Anyways! Also Williford uses .0306 (4) "The inmate has requested a remedy for more than one incident (see Section .0304)". This is a FALSE REASON cause I ONLY REQUESTED that, "I get a Redress & Accommodated with the" requested Accommodations "AS Federal ADA Regulations/Standards, my Medical Records & NCDAC Chapter

Douglas R. Symmes (1)

Step 1 Response dated 2-13-2025 by Tameka Smith - "In response to your grievance Ms. Williford Stated on 2-3-25 she received a grievance number 00266. That specific grievance was rejected due to a few subjects within the grievance. Per policy section .0306 States the Offender has requested a remedy for more than one unrelated incident. This shall not apply to grievances related to policies or conditions made as a pattern of incidents are related in any type."

Step 2 Response dated 2-13-25 by Dean Locklear - "Offender Symmes, I agree with Step 1 response Offender Douglas Symmes you can only grieve one incident per grievance. However, you are allowed to write three grievances in the CTS system with different subjects/incidents."

Douglas Symmes — 0397985

Scotland Corr. — 2-5-2025

E. 2600 with Specialist Supported Information which MAKES me Eligable To Aquire ..." This is NOT the First Time Williford has Fraudly, Willfully & Systemically Refused to Comply with NCDAC Policies & Procedures which has inturn Violated AS NOW Chapter G.0301 (c), (d) & has DELAYED me from using "(3)... the Administrative Remedy (DC-410) grievance filed by the inmate..." AS NCPLS states to gain ADA Accommodations a/or Redress when Rejected. Because of THAT grievance, a Back Dated Response for one of those ADA Accomenaditons APPEARED the SAMEDAY which I can Prove HAD NOT been done on the Stated Date which had a Perjured Response by Charlie Locklear/ Which he States "There is no record that the Offender has hearing aids" Yet I got it on Aug. 27, 2024. That Grievance 4860-2025-77A-00266 is Resummitted & that Chapter G.0301 (d) is Enacted against Williford which will Prevent this Violation & Misconduct or Further Perjury on Legal Documents to happen again!

Douglas R. Symmes Jr

Step 3 dated 4-11-25 by Faustina F. Brown - "Offender Symmes, your grievance has been thoroughly reviewed & your allegations that staff are rejecting your grievances has no merit. As Scotland CI Staff Stated, the grievance was rejected because it included more than one issue, & you are required to file up to 3 grievances with one separate issue. However, your concerns regarding your ADA accommodations were denied for over the hearing headphone & Vibrating watch because of your hearing level of 1, It appears that you received a hearing aid through medical as of 3-4-25. The IGRB Office noted that you went to medical again on 4/01 & your pull heat score was updated to a 2. The Staff at Warren CI will communicate with you to have you complete a new DC-746 form requesting "Over the Ear Headphones & Vibrating Watch." Offender is encouraged to follow up with this issue. My examination of this grievance reveals no violation of applicable [illegible] or does it show any evidence of Staff indifference. No further action warranted; thus this grievance is dismissed."

REQUEST FORM

Douglas Symmes
0397985 11-18-2025

FDRE

Douglas R. Symmes
A 14 Down

Case Manager C. Smith - Program Director

Division ADA Coordinator Sophia Feaster stated on a ADA Accommodation Response dated 11-13-2025, "Offenders Request for 'Writer's Only Laptop' is Not Granted. Offender would need to speak with Correctional Case Manager &/or Unit Manager for this request."

We do not provide a writers only laptop

Signed
Ms. Smith

Douglas Symmes 0377985

Raleigh NCDAC ADA Division Office 11-29-2025

This grievance is against Division ADA Coord. Sophia Feaster for the Denial of 2 ADA Accommodation Requests with 2 Blatantly False & Misleading Alternative Recommendation to fill the Request.

I filled out a "ORAR" form dated 11-26-2024 stating, "I Have: Spine/Neck Nerve Damage that Runs Down Both Arms. I Am Unable To: This Nerve Damage is made Severly & Overwhelmingly Worse when I have to Write a Page or More concerning Personal or Legal Matters which causes Suffering for HOURS or DAYS depending on the Length of time it takes to Write Out Whatever! Accommodation Requested: A Electronic Device that I can TYPE OUT what's needed, to be able to SAVE so that I can come back to it to EDIT, ADD TO & have PRINTED OUT to send to the Courts, VA Workers Comp Commission, Personal People ect. It would help with the Time Limit I have to Respond Back to the Court."

Feaster's Response, "Denied. Offender's request is not granted. Offender would need to fill out the Offender Request Form to speak with his Correctional Case Manager regarding programes that ARE ON the

Douglas R. Symmes Jr

Step 1 Responce dated 12-10-2025 by Tina H. Cannon - "Your Case Manager, Ms. Smith was contacted about your ADA request of obtaining a writers only device for your use. Ms. Smith Stated the correct paper work DC-746 form had already been submitted & it was determined that you were denied for this writing device."

Step 2 Response dated 12-11-2025 by David J. Sauls - "Step one adequately addresses grievance, no further action necessary."

Step 3 Response dated 12-23-2025 by Wakenda Greene - "This examiner has reviewed the grievance & the responce by facility staff given in the Step 1 &/or Step 2 responses. My review of these responses reveal that prison staff have taken appropriate action to address & resolve the Offenders concerns voiced in the grievance. The offender has been appropriately advised regarding the concerns of a writers only laptop. The laptop was denied by the ADA Office on 11/18/25. This grievance is considered resolved by prison staff & is therefore dismissed."

Douglas Symmes — 0397985
Raleigh NCDAC ADA Division Office — 11-29-2025

BTL Tablet for this request, "According to Scotland CI Case Manager C. Taylor, there's No Such Thing!

On 10-10-2025 I filled another ORAR form that stated, "I Have: C5-7 & T1 Spine/Neck & Sever Nerve Damage that Runs Down Both Arms into my fingers. I Am Unable To: When I have to Write a Page or More concerning Legal & Personal Matters which causes Suffering & Pain for HOURS or DAYS After depending on the Length of time Spent Writing Out the documents. The following has been Recommended by UNC Pain Management Specialist Dr. Irina Phillips, Accommodation Requested: A Electronic Device/Writers Only laptop that I can TYPE OUT whats needed & to be able to SAVE that work SO THAT I can come back & EDIT IT, ADD TO & have PRINTED OUT to be sent to the Courts, Lawyers, Attorney General & Personal ect. It would help with the Time Limits I'm under with the Courts in my many different cases! According to Chapter E. 2604 (a)(b)(1)(f) I Qualify to Get & has NO Safety or Security Issues to Prevent me from

Douglas R. Symmes

Douglas Symmes 0397985
Raleigh NCDAC ADA Division Office 11-29-2025

Getting one EVEN IF I have to have my People Order Online a pay for it. Accessories would lessen the Amount of Legal Documents I have." Which have been an Issue a have been Repeatedly Damaged during Searchs, being Moved a in Transit to Another Facilities. A Laptop with Accessories would take up Less Space than the 3½ to 4 Shipping Bag of Legal Documents out of the 6 Bags I have now in all!

Feaster's Response, "Denied. Offender's request for 'Writers Only Laptop' is not granted. Offender would need to speak with Correctional Case Manager a or Unit Manager for this request."

According to Case Manager - Program Director C. Smith, "We do not provide a writers only laptop."

Remedy That I be allowed to Obtain a "Writers Only Laptop" with NO Internet - Outside Source Access a IF Possible, a 3½ x 5 x ⅛ Toshiba 1 Terabit Capacity External Harddrive, Wireless Mouse a Scanner Bar which will help Down Size a Keep Down Sized the Amount of Physical Paper Legal Documents in my possession, Which According to Chapter

Douglas R. Symmes

Douglas Symmes — 0397785

Raleigh NCDAC ADA Division Office — 11-29-2025

**Remedy Continued:** G.0301(d) "... a meaningful remedy to include but not be limited to, an order Requiring That Specific Action be Taken, Modification of DOI Policy, ... and Such Other Remedies that Will Meaningfully Resolve the grievance presented. (e) - Employees who intentionally obstruct the grievance process Shall Be Subject to Disciplinary Action."

I hope to be able to settle this Without having to go Outside of the NCDAC to Obtain what NCDAC ADA Policies & Law CLEARLY State I can Obtain to help with a Medical Disability that Causes Worsening Pain, Suffering & Issues in doing things a nondisability person can do without Causing these issues.

Also this Type of Laptop with NO Internet, nor Outside Source connection has NO Safety, nor Security Risk Issues & IS NOT Burden-some to the NCDAC System or Eastern C.I. or to Any Other Facility! Chapter E .2604 (a)(1), (b), (d)(1), & .2607 (3)(D)

Douglas R. Symmes

EDNC - Clerk of Court,

12-31-2025

Forget what lies Behind & Strive Forward to what lies Ahead, Press On towards the Goal for the Prize of the Upward Call of Papa God in Christ. Grace & Mercy be with you, Faith in & Peace from God our Father & the Lord Jesus Christ, the Son of the Father in Truth & Love. I hope I find you all in Good Health & Spirits.

Can you PLEASE send me the Case # for this filing? Please!

As in Faith, so we are Suppose to be in Truth, Love, Law & Justice, Sacred!
May Papa God keep you Always in His Loving Embrace.
To Papa God alone be the glory whom has made me a Prince in His Kingdom.
I Thank You for your time & help,

Shalom Shalom,

Douglas C. Symmes — 0397585
P.O. Box 215
Maury NC 28554