UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DOUGLAS ROY SYMMES, JR.,
Plaintiff,
v.
NC DEPT. OF ADULT CORRECTIONS, SOPHIA FEASTER, CHARLIE LOCKLEAR, DAVID JEFF SAULS, MARGARET B. WILLIFORD, TAMEKA SMITH, DEAN LOCKLEAR, FAUSTINA F. BROWN, INA HINTON, WAKENDA GREENE, S.W. UNKNOWN, C.M. UNKNOWN and TINA H. CANNON,
Defendants.

**Judgment in a Civil Case**

Case Number: 5:26-CT-3004-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

<u>This Judgment Filed and Entered on July 9, 2026, with service on:</u>
Douglas Roy Symmes, Jr. 0397985 Eastern Correctional Institution P.O. Box 215 Maury, NC 28554 (via U.S. Mail)

July 9, 2026

Peter A. Moore, Jr.
Clerk of Court

By:
Deputy Clerk