FILED

JUL 17 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY AA DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CT-3004-FL

Douglas Roy Symmes Jr,
Plaintiff,

v.

NCDAC & 12 other Defendants,
Defendant(s).

NOTICE OF APPEAL

Notice is hereby given that Douglas Roy Symmes Jr (your name), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and/or order entered in this action on July 8, 2026 (date final judgment and/or order was signed).

Date: 7-13-2026

Signature: Douglas R. Symmes Jr
Printed Name: Douglas Roy Symmes Jr
Address: P.O. Box 215
Maury NC 28554

FILED

JUL 17 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY AM DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CT-3004-FL

| | | |
|---|---|---|
| Douglas Roy Symmes Jr, Plaintiff, | ) | |
| v. | ) | DECLARATION OF INMATE FILING |
| NCDAC & 12 Other Defendants, Defendant(s). | ) | |

I am an inmate confined in an institution. Today, 7-13-2026 (insert date), I am depositing the Notice of Appeal in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Date: 7-13-2026

Signature: Douglas R. Symmes Jr
Printed Name: Douglas Roy Symmes Jr
Address: P.O. Box 215
Maury NC 28554