# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 07/17/26 | District: North Carolina Eastern | District Case No.: 5:26-CT-3004-FL |
|---|---|---|
| ✓ First NOA in Case | Division: Western (Raleigh) | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | Caption: | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | Douglas Roy Symmes, Jr. | |
| ___ Paper ROA   ___ Paper Supp. | v. | |
| Vols: _____ | NC Dept. of Adult Corrections, et al. | |
| Other: _____ | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| Confinement-Criminal Case: | Fee Status: |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Louise W. Flanagan | **PLRA Cases:** |
| | ✓ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply): |
| | ___ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator**: Shelia Foell | ___ Docket under seal |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ✓ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: M. Castania        Phone: 252-638-8534        Date: 07/17/26

01/2012